No.   CR 07 00251 RMW HBL

# UNITED STATES DISTRICT COURT



Filed

APR 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*E-FILING*

# NORTHERN DISTRICT OF CALIFORNIA

## *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

### *vs.*

### JOSE BONILLA

# INDICTMENT

**COUNT ONE**: Title18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm.
**COUNT TWO**: Title26, United States Code, Section 5861(d) –Possession of an Unregistered Firearm.

*A true bill.*

*Foreperson*

*Filed in open court this* ___25___ *day of* ___April___

*A.D. 2007*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail. $* ___No process required___

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-FILING

Filed

APR 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00251 RMW
HRL

| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. §922(g)(1) – |
| | ) | Felon in Possession of Firearm; 26 U.S.C. § |
| v. | ) | 5861(d) – Possession of an Unregistered |
| | ) | Firearm |
| JOSE BONILLA, | ) | |
| | ) | |
| Defendant | ) | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon In Possession of a Firearm)

On or about July 29, 2006, in the Northern District of California, the defendant

JOSE BONILLA,

having been previously convicted of a crime punishable by a term of imprisonment exceeding

one year, did knowingly possess a firearm, to wit, a sawed-off Remington 12 gauge shotgun,

Model 870, serial number 4682DU, in and affecting interstate commerce, in violation of Title 18,

United States Code, Section 922(g)(1).

**INDICTMENT**

1   COUNT TWO: (26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm)

2        On or about July 29, 2006, in the Northern District of California, the defendant,

3        JOSE BONILLA,

4   did knowingly possess a firearm, as that term in described in Title 26, United States Code,

5   Section 5845(a), to wit, a sawed-off Remington 12 gauge shotgun, Model 870, serial number

6   4682DU, which firearm was not registered to him in the National Firearms Registration and

7   Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

8

9   FORFEITURE ALLEGATION: (18 U.S.C. 924 (d)(1))

10       1.    The factual allegations contained in Counts One and Two of this Indictment are

11   realleged and incorporated as if fully set forth here.

12       2.    Upon a conviction for either of the offenses alleged in Counts One and Two

13   above, the defendant,

14        JOSE BONILLA,

15   shall forfeit to the United States any firearm and ammunition involved in or used in any knowing

16   violation of said offense, including but not limited to the following property: a sawed-off

17   Remington 12 gauge shotgun, Model 870, serial number 4682DU.

18       All in violation of Title 18, United States Code,  Section 924(d)(1).

19   DATED:                   A TRUE BILL

20   25-Apr-2007

21

22                                FOREPERSON

23   SCOTT N. SCHOOLS
     United States Attorney

24

25

26   MATTHEW A. PARRELLA
     Chief, San Jose Branch Office

27

28   (Approved as to form:        )
                   AUSA O'Connell

**INDICTMENT**                  -2-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

_Filed_

### OFFENSE CHARGED

18 U.S.C. §922(g)(1)-Felon in Possession of Firearm
26 U.S.C. §5861(d)-Possession of an Unregistered Firearm

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

_E-FILING_

PENALTY:

10 year term of imprisonment
$250,000 fine
3 years period of supervised release
$100 mandatory special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

APR 2 5 2007

### DEFENDANT - U.S.

▶ JOSE BONILA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER

CR 07 00251 MW

HRL

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

S/A Mari Casciani-A.T.F.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70188

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

THOMAS M. O'CONNELL

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

}  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No

If "Yes" give date filed

**DATE OF ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments: