PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg  
U.S. Magistrate Judge

RE: Jose Bonilla

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR 07-00257 RMW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados  
U.S. Pretrial Services Officer

(408) 535-5223  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

FILED  
MAY -7 2007

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

A. **The defendant shall not associate with any known gang members other than Ismael Gallo and Henry DeLatorre**

B. **The condition that the defendant seek and maintain verifiable employment is deleted**

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____  
JUDICIAL OFFICER

5/7/07  
DATE

Cover Sheet (12/03/02)