**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte       **REPORTER:** Lee-Anne Shortridge

**DATE:** May 21, 2007           **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00251-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOSE HERNANDEZ BONILLA, JR.
  **APPEARANCES:**                         (P)

**PLTF:** AUSA: T. O'Connell        **DEFT:** L. Vinnard

**COURT ACTION:** STATUS HEARING

**Hearing Held. Defense counsel advised the Court that they are going to request additional discovery. The Court continued this matter to June 25, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded from 5/21/07 to 6/25/07. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
   **JACKIE GARCIA**
  **Courtroom Deputy**