**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** June 25, 2007   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00251-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOSE HERNANDEZ BONILLA, JR.
   **APPEARANCES:**   (P)

**PLTF:** AUSA: T. O'Connell   **DEFT:** L. Vinnard

**COURT ACTION:** STATUS HEARING

**Hearing Held. Defense counsel advised the Court they have requested additional discovery from the government and they need to view the firearm. The Court continued this matter to July 23, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 7/23/07. Government to prepare exclusion order.**

   */s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**