SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5053
FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00251 RMW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME |
| ) | |
| JOSE BONILLA, ) | |
| ) | |
| Defendant. ) | SAN JOSE VENUE |
| ) | |
| _____ ) | |

On May 21 and June 25, 2007, the parties in this case appeared before the Court for status conferences. The parties jointly requested that the case be continued from May 21 until June 25, 2007, and again from June 25, 2007, until July 23, 2007, at 9:00 a.m. in order for counsel for defendant and the Government to engage in discovery and to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from May 21 until June 25, 2007 and from June 25, 2007 until July 23, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
NO. 07-00251 RMW                                           1

SO STIPULATED:                          SCOTT N. SCHOOLS
                                        United States Attorney

DATED: 07-10-07                         _____/s/_____
                                        THOMAS M. O'CONNELL
                                        Assistant United States Attorney


DATED: 07-10-07                         _____/s/_____
                                        Lara Vinnard, AFPD
                                        Counsel for Bonilla


    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from May 21, 2007 to July 23, 2007.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED:

DATED:_____                    _____
                                        RONALD M. WHYTE
                                        United States District Judge