*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte           **REPORTER:** Lee-Anne Shortridge

**DATE:** July 23, 2007             **TIME:** 9:00 am

**CRIMINAL NOS.:** CR-07-00251-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOSE HERNANDEZ BONILLA, JR.
          **APPEARANCES:**                                    (P)

**PLTF:** AUSA: T. O'Connell         **DEFT:** L. Vinnard

**COURT ACTION:** STATUS HEARING

Hearing Held. The government advised the Court that they have provided fingerprint evidence to the defense. The defense to file a motion to compel and a motion to dismiss. The Court continued this matter to August 20, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 8/20/07. Government to prepare exclusion order.

**JACKIE GARCIA**
**Courtroom Deputy**