SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5053
FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00251 RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JOSE BONILLA, ) | |
| Defendant. ) | SAN JOSE VENUE |

On July 23, 2007, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from July 23, 2007, until August 20, at 9:00 a.m. in order for counsel for defendant and the Government to continue to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from July 23, 2007 to August 20, 2007. The court subsequently continued the case by minute order to August 27, 2007. The parties agree and stipulate that an exclusion of time is

STIPULATION AND [PROPOSED] ORDER
NO. 07-00251 RMW           1

appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:

                         SCOTT N. SCHOOLS
                         United States Attorney

DATED: _____/s/_____
                         THOMAS M. O'CONNELL
                         Assistant United States Attorney

DATED: _____/s/_____
                         LARA VINARD, AFPD
                         Counsel for Bonilla

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 23, 2007 until August 27, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:_____      _____
                                         RONALD M. WHYTE
                                         United States District Judge