*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** November 5, 2007    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00251-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOSE HERNANDEZ BONILLA, JR.
        **APPEARANCES:**                                    (P)

**PLTF:** AUSA: T. O'Connell    **DEFT:** L. Vinnard

**COURT ACTION: DISPOSITION**

Hearing Held.  The defendant made an open plea of guilt to Count 1 and 2 of the Indictment.  No plea agreement was executed.  The Court set a sentencing date of 3/10/08 @ 9:00 am.  The defendant shall remain on the same conditions of release pending sentencing.


                                                    */s/ Jackie Garcia*
                                                       **JACKIE GARCIA**
                                                     **Courtroom Deputy**