1   ROBERT E. CAREY, JR., ESQ. (SBN 47556)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 FAX

5   Attorneys for Defendant
    JOSE BONILLA
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,              CASE NO. CR-07-00251 RMW

12                 Plaintiff,              STIPULATION RE TRAVEL
                                           REQUEST OF DEFENDANT
13       vs.                               JOSE BONILLA AND
                                           [proposed] ORDER THEREON
14  JOSE BONILLA,

15                 Defendant.

16

17        ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ.,

18  attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel

19  for Defendant JOSE BONILLA, that Mr. BONILLA be allowed to travel outside of the

20  Northern District of California, from January 6, 2008 through January 12, 2008.

21        The purpose of this trip is for the Defendant and his family to visit Mr. BONILLA'S

22  father, Jose Bonilla, Sr., in Merced, California.  Mr. Bonilla, Sr., is suffering from a variety

23  of illnesses, including kidney failure, liver problems, and high blood pressure.   The

24  Defendant will be travel via car and will stay in a hotel during his visit.

25  ///

26  ///

27  ///

28  ///

1    I have contacted the Pretrial Services Officer for Mr. BONILLA, Mr. Anthony

2  Granados, and he does not have any objection to this travel request.

3    IT IS SO STIPULATED.

4

5  DATED:  January 4, 2008                    CAREY & CAREY

6

7                                         _____/s/_____
                                           ROBERT E. CAREY, JR. Attorneys for
8                                         Defendant RAIMUND WERSCHING

9

10  DATED:  _____1/4___, 2007              UNITED STATES OF AMERICA

11

12                                         _____/s/_____
                                           THOMAS M. O'CONNELL, Attorneys
13                                         for Plaintiff

14

15

16

17                                     ORDER

18    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and

19  decreed, that Mr. BONILLA be allowed to travel to Merced, California, from January 6, 2008

20  through January 12, 2008.

21

22  DATED: _____, 2007      _____
                                           HOWARD B. LLOYD
23                                         MAGISTRATE-JUDGE OF THE
                                           U.S. DISTRICT COURT
24

25

26

27

28