ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOSE BONILLA

FILED
JAN - 8 2008
J.W. WILKING
DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSE BONILLA,<br><br>            Defendant. | CASE NO. CR-07-00251 RMW<br><br>STIPULATION RE TRAVEL REQUEST OF DEFENDANT JOSE BONILLA AND [proposed] ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSE BONILLA, that Mr. BONILLA be allowed to travel outside of the Northern District of California, from January 6, 2008 through January 12, 2008.

The purpose of this trip is for the Defendant and his family to visit Mr. BONILLA'S father, Jose Bonilla, Sr., in Merced, California. Mr. Bonilla, Sr., is suffering from a variety of illnesses, including kidney failure, liver problems, and high blood pressure. The Defendant will be travel via car and will stay in a hotel during his visit.

///

///

///

///

1 | I have contacted the Pretrial Services Officer for Mr. BONILLA, Mr. Anthony
2 | Granados, and he does not have any objection to this travel request.
3 |     IT IS SO STIPULATED.

5 | DATED: January 4, 2008    CAREY & CAREY

7 |     /s/
    ROBERT E. CAREY, JR. Attorneys for
8 | Defendant RAIMUND WERSCHING

10 | DATED: ___1/4___, 2007    UNITED STATES OF AMERICA

12 |     /s/
    THOMAS M. O'CONNELL, Attorneys
13 | for Plaintiff

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. BONILLA be allowed to travel to Merced, California, from January 6, 2008 through January 12, 2008.

DATED: __1-8-__, 2008 [2007 struck through]

~~HOWARD B. LLOYD~~ RICHARD SEEBORG
MAGISTRATE-JUDGE OF THE
U.S. DISTRICT COURT