UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 12 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
Plaintiff,

- vs -

JOSE HERNANDEZ BONILLA, JR.
Defendant.

Docket No. CR 07-00251-01 RMW

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 10th day of March 2008, be continued until the 28th day of April 2008, at 9:00 a.m.

1/24/08
DATE

RONALD M. WHYTE
United States District Judge