**PROPOSED ORDER/COVER SHEET**

TO:        Honorable Richard Seeborg          RE:        Jose Bonilla
           U.S. Magistrate Judge

FROM:      Claudette M. Silvera, Chief         DOCKET NO.:    CR 07-00251 RMW
           U.S. Pretrial Services Officer

DATE:      March 17, 2008

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony Granados                                       (408) 535-5223
U.S. Pretrial Services Officer                        **TELEPHONE NUMBER**

RE:    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding  District Court Judge_____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

     A.

     B.

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]  Other Instructions:

FILED

MAR 18 2008

CLERK ... 
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____

_____

_____
**JUDICIAL OFFICER**                          3-18-08
                                              **DATE**

Cover Sheet (12/03/02)