```
ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX
```

Attorneys for Defendant
JOSE BONILLA

*E-FILED - 5/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOSE BONILLA,<br><br>            Defendant. | CASE NO. CR-07-00251 RMW<br><br>STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSE BONILLA, that the date set for judgment and sentence which is currently set for Monday, April 28, 2008, be continued to Monday, June 2, 2008, at 9:00 am.

This continuance is requested because the Defendant, JOSE BONILLA, wishes to withdraw his plea in this matter.  In that respect, the additional time is requested so that an appropriate motion may be prepared for the Court, so that the matter may be resolved prior to the imposition of judgment and sentence.

In this regard, defense counsel has contacted the probation officer, Ms. Aylin Raya, and has notified her of this request.

1       IT IS SO STIPULATED.

2

3   DATED:  April 25, 2008           CAREY & CAREY

4

5                                     _____/S/_____
                                      ROBERT E. CAREY, JR. Attorneys for
6                                     Defendant JOSE BONILLA

7

8   DATED:  __4/25____, 2008          UNITED STATES OF AMERICA

9

10                                    _____/S/_____
                                      THOMAS M. O'CONNELL,
11                                    Assistant U.S. Attorney

12

13

14

15                                  ORDER

16      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

17  and decreed, that the judgment and sentencing of Mr. BONILLA currently set

18  for April 28, 2008, be continued to Monday, June 2, 2008, at 9:00 am.

19

20

21

22  DATED:  __5/14____, 2008          _Ronald M. Whyte_____
                                      HON. RONALD M. WHYTE
23                                    U.S. DISTRICT COURT JUDGE

24

25

26

27

28