1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant             *E-FILED - 5/14/08*
   JOSE BONILLA
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,    | CASE NO. CR-07-00251 RMW

12 |             Plaintiff,        | STIPULATION TO CONTINUE
                                     DATE SET FOR JUDGMENT
13 |    vs.                        | AND SENTENCING AND
                                     [] ORDER THEREON
14 | JOSE BONILLA,

15 |             Defendant.

16

17     ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18 ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY,

19 JR., counsel for Defendant JOSE BONILLA, that the date set for judgment and

20 sentence which is currently set for Monday, April 28, 2008, be continued to

21 Monday, June 2, 2008, at 9:00 am.

22     This continuance is requested because the Defendant, JOSE BONILLA,

23 wishes to withdraw his plea in this matter.  In that respect, the additional time

24 is requested so that an appropriate motion may be prepared for the Court, so

25 that the matter may be resolved prior to the imposition of judgment and

26 sentence.

27     In this regard, defense counsel has contacted the probation officer, Ms.

28 Aylin Raya, and has notified her of this request.

1    IT IS SO STIPULATED.

2

3    DATED: April 25, 2008            CAREY & CAREY

4

5                                      _____/S/_____
                                       ROBERT E. CAREY, JR. Attorneys for
6                                      Defendant JOSE BONILLA

7

8    DATED:    4/25    , 2008         UNITED STATES OF AMERICA

9

10                                     _____/S/_____
                                       THOMAS M. O'CONNELL,
11                                     Assistant U.S. Attorney

12

13

14

15                                    ORDER

16      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

17   and decreed, that the judgment and sentencing of Mr. BONILLA currently set

18   for April 28, 2008, be continued to Monday, June 2, 2008, at 9:00 am.

19

20

21

22   DATED:    5/14      , 2008        _____
                                       HON. RONALD M. WHYTE
23                                     U.S. DISTRICT COURT JUDGE

24

25

26

27

28