1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   JOSE BONILLA                          *E-FILED - 8/21/08*
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          CASE NO. CR-07-00251 RMW

12              Plaintiff,             STIPULATION TO CONTINUE
                                       DATE SET FOR JUDGMENT
13      vs.                            AND SENTENCING AND
                                       [] ORDER THEREON
14  JOSE BONILLA,

15              Defendant.

16

17      ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18  ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY,

19  JR., counsel for Defendant JOSE BONILLA, that the date set for judgment and

20  sentence which is currently set for Monday, August 18, 2008, be continued to

21  Monday, September 15, 2008, at 9:00 am.

22      This continuance is requested because the Defendant JOSE BONILLA

23  needs to complete certain investigative work and supply that work to the

24  probation department.

25  ///

26  ///

27  ///

28  ///

1    In this regard, defense counsel has contacted the probation officer, Ms.

2 Aylin Raya, and has notified her of this request.

3    IT IS SO STIPULATED.

4

5 DATED:  August 6, 2008              CAREY & CAREY

6

7                                        _____/S/_____

8                                        ROBERT E. CAREY, JR. Attorneys for
                                         Defendant JOSE BONILLA

9

10 DATED:  ___8/5____, 2008            UNITED STATES OF AMERICA

11

12                                       _____/s/_____

13                                       THOMAS M. O'CONNELL,
                                         Assistant U.S. Attorney

14

15

16

17                                       ORDER

18    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

19 and decreed, that the judgment and sentencing of Mr. BONILLA currently set

20 for August 18, 2008, be continued to Monday, September 15, 2008, at

21 9:00 am.

22

23

24

25 DATED:  ___8/21____, 2008           *Ronald M. Whyte*

26                                       HON. RONALD M. WHYTE
                                         U.S. DISTRICT COURT JUDGE

27

28