ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOSE BONILLA

**FILED**

SEP 1 1 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE BONILLA,

    Defendant.

CASE NO. CR-07-00251 RMW

STIPULATION RE TRAVEL REQUEST OF DEFENDANT JOSE BONILLA AND [proposed] ORDER THEREON

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSE BONILLA, that Mr. BONILLA be allowed to travel to Dos Palos, California, on September 13 and 14, 2008 to visit his two sisters and his father.

I have contacted the Pretrial Services Officer for Mr. BONILLA, Mr. Anthony Granados, and there has been no objection as of Tuesday, September 9, 2008.

IT IS SO STIPULATED.

DATED: September 10, 2008

CAREY & CAREY

/s/
ROBERT E. CAREY, JR. Attorneys for
Defendant JOSE BONILLA

1
STIPULATION RE TRAVEL REQUEST AND PROPOSED ORDER THEREON

1  DATED: __9/10__, 2008

UNITED STATES OF AMERICA

/s/
————————————————
THOMAS M. O'CONNELL, Attorneys
for Plaintiff

ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. BONILLA be allowed to travel to and from Dos Palos, California on September 13 and 14, 2008.

DATED: __9/11/__, 2008

————————————————
RICHARD SEEBORG
MAGISTRATE-JUDGE OF THE
U.S. DISTRICT COURT