1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant                    *E-FILED - 9/23/08*
   JOSE BONILLA
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,       | CASE NO. CR-07-00251 RMW
12 |            Plaintiff,           | STIPULATION TO CONTINUE
                                       DATE SET FOR JUDGMENT
13 |       vs.                       | AND SENTENCING AND
                                       [] ORDER THEREON
14 | JOSE BONILLA,
15 |            Defendant.
16

17      ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,
18 ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY,
19 JR., counsel for Defendant JOSE BONILLA, that the date set for judgment and
20 sentence which is currently set for September 15, 2008, be continued to
21 Monday, November 3, 2008, at 9:00 am.
22      This continuance is required in order for counsel for Mr. BONILLA to
23 provide further information and discovery to the Probation Office and Mr.
24 O'CONNELL for use at judgment and sentencing.
25 ///
26 ///
27 ///
28 ///

1    In this regard, defense counsel has contacted the probation officer, Ms. Aylin Raya, and she has no objection to this request.

3    IT IS SO STIPULATED.

5    DATED: September 10, 2008          CAREY & CAREY

7                                        /S/
     ROBERT E. CAREY, JR. Attorneys for
8    Defendant JOSE BONILLA

10   DATED:    9/10    , 2008            UNITED STATES OF AMERICA

12                                        /s/
     THOMAS M. O'CONNELL,
13   Assistant U.S. Attorney

17                     ORDER

18   GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. BONILLA currently set for September 15, 2008, be continued to Monday, November 3, 2008, at 9:00 am.

25   DATED:    9/23    , 2008            *Ronald M. Whyte*
                                         HON. RONALD M. WHYTE
26                                       U.S. DISTRICT COURT JUDGE

2
STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE AND ORDER THEREON