1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant          *E-FILED - 11/6/08*
   JOSE BONILLA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-07-00251 RMW |
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |
| vs. | |
| JOSE BONILLA, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSE BONILLA, that the date set for judgment and sentence which is currently set for November 3, 2008, be continued to Monday, January 12, 2009, at 9:00 am.

Counsel for Mr. BONILLA will be supplementing the information submitted to the Probation Office, and there are pending plea negotiations with the government regarding the withdrawal of Defendant's plea.

///
///
///
///

In this regard, defense counsel has contacted the probation officer, Ms. Aylin Raya, and advised her of this request.

IT IS SO STIPULATED.

DATED: October 29, 2008        CAREY & CAREY

                                                   /S/
ROBERT E. CAREY, JR. Attorneys for Defendant JOSE BONILLA

DATED:   10/29   , 2008        UNITED STATES OF AMERICA

                                                   /s/
THOMAS M. O'CONNELL,
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. BONILLA currently set for November 3, 2008, be continued to Monday, January 12, 2009, at 9:00 am.

DATED:   11/5   , 2008        _____ for
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE