1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA 94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   JOSE BONILLA

6

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,            CASE NO. CR-07-00251 RMW

12            Plaintiff,                STIPULATION RE TRAVEL
                                        REQUEST OF DEFENDANT
13     vs.                              JOSE BONILLA AND
                                        [proposed] ORDER THEREON
14 JOSE BONILLA,

15            Defendant.

16

17     ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ.,

18 attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel

19 for Defendant JOSE BONILLA, that Mr. BONILLA be allowed to travel to Dos Palos,

20 California, on November 27, and return on November 30, by 10:00 pm. The purpose of this

21 travel is to spend the Thanksgiving holiday with his family.

22     I have contacted the Pretrial Services Officer for Mr. BONILLA, Mr. Anthony

23 Granados, and there has been no objection to this request. Mr. Granados has been

24 provided with all addresses and phone numbers where Mr. BONILLA can be reached

25 during the specified time.

26     IT IS SO STIPULATED.

27 ///

28 ///

DATED:  November 14, 2008          CAREY & CAREY

                                   _____/s/_____
                                   ROBERT E. CAREY, JR. Attorneys for
                                   Defendant JOSE BONILLA

DATED:  ___11/14____, 2008         UNITED STATES OF AMERICA


                                   _____/s/_____
                                   THOMAS M. O'CONNELL, Attorneys
                                   for Plaintiff


## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. BONILLA be allowed to travel to and from Dos Palos, California on November 27, 2008, returning on November 30, 2008.


DATED: _____, 2008       _____
                                   MAGISTRATE-JUDGE OF THE
                                   U.S. DISTRICT COURT