ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOSE BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00251 RMW |
|---|---|
| Plaintiff, | STIPULATION RE TRAVEL REQUEST OF DEFENDANT JOSE BONILLA AND [] xxxxxxxxxx ORDER THEREON |
| vs. | |
| JOSE BONILLA, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSE BONILLA, that Mr. BONILLA be allowed to travel to Dos Palos, California, on November 27, and return on November 30, by 10:00 pm. The purpose of this travel is to spend the Thanksgiving holiday with his family.

I have contacted the Pretrial Services Officer for Mr. BONILLA, Mr. Anthony Granados, and there has been no objection to this request. Mr. Granados has been provided with all addresses and phone numbers where Mr. BONILLA can be reached during the specified time.

IT IS SO STIPULATED.

///

///

1
STIPULATION RE TRAVEL REQUEST AND PROPOSED ORDER THEREON

| | | |
|---|---|---|
| 2 | DATED: November 14, 2008 | CAREY & CAREY |
| 4 | | /s/ |
| 5 | | ROBERT E. CAREY, JR. Attorneys for Defendant JOSE BONILLA |
| 7 | DATED: 11/14, 2008 | UNITED STATES OF AMERICA |
| 9 | | /s/ |
| 10 | | THOMAS M. O'CONNELL, Attorneys for Plaintiff |

### ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. BONILLA be allowed to travel to and from Dos Palos, California on November 27, 2008, returning on November 30, 2008.

DATED: November 14, 2008, 2008

*Patricia V. Trumbull*

MAGISTRATE-JUDGE OF THE
U.S. DISTRICT COURT

---

2
STIPULATION RE TRAVEL REQUEST AND PROPOSED ORDER THEREON