ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOSE BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE BONILLA,<br><br>　　　　Defendant. | CASE NO. CR-07-00251 RMW<br><br>NOTICE OF MOTION TO WITHDRAW PLEAS OF GUILTY BY DEFENDANT JOSE BONILLA<br><br>Date:　1/12/09<br>Time:　9:00 am<br>Hon. Ronald M. Whyte |

　　　PLEASE TAKE NOTICE that on January 12, 2009, at 9:00 am, or as soon thereafter as the matter may be heard, at the United States District Court, 280 So. First Street, San Jose, California, before the Honorable Ronald M. Whyte, the Defendant, JOSE BONILLA, by and through his attorney, ROBERT E. CAREY, JR., will and does hereby move the Court to allow him to withdraw his previously entered pleas of guilty to both counts of the indictment in this case (which alleged firearms offenses) pursuant to Rule 11(D)(2)(b), Federal Rules of Criminal Procedure.

　　　Such motion will be based upon this Notice of Motion, the attached Motion and Memorandum of Points and Authorities, and any further pleadings filed on

1 behalf of Mr. BONILLA, as well as that argument and/or evidence adduced at
2 the hearing of this motion.

4 DATED: January 7, 2009                Respectfully submitted,

5                                        CAREY & CAREY

7                                        _____/S/_____
                                         ROBERT E. CAREY, JR. Attorneys for
8                                        Defendant JOSE BONILLA