***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Gina Colin

**DATE:** January 12, 2009         **TIME:** 9:00 am    *(Time: 3 mins.)*

**CRIMINAL NO.:** CR-07-00251-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- JOSE HERNANDEZ BONILLA, JR.
   **APPEARANCES:**                    (P)

**PLTF:** AUSA: T. O'Connell         **DEFT:** B. Carey

**COURT ACTION:** DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA

Hearing Held. The government request a continuance to respond to the motion. The Court continued this matter to 2/2/09 @ 9:00 AM for the motion hearing.

        */s/ Jackie Garcia*
          **JACKIE GARCIA**
        **Courtroom Deputy**