| | |
|---|---|
| ROBERT E. CAREY, JR., ESQ. (SBN 47556)<br>CAREY & CAREY<br>706 COWPER STREET<br>P.O. BOX 1040<br>PALO ALTO, CA  94302-1040<br>650/328-5510<br>650/853-3632 FAX | |
| Attorneys for Defendant<br>JOSE BONILLA | ***E-FILED - 1/21/09*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>    vs.<br>JOSE BONILLA,<br>         Defendant. | CASE NO. CR-07-00251 RMW<br><br>STIPULATION FOR CONTINUANCE OF HEARING DATE AND [] ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSE BONILLA, that the hearing which is currently set for January 12, 2009, be vacated and that the matter be set before the Court on February 2, 2009, at 9:00 am, for hearing on Defendant's motion to withdraw the previously entered plea of guilty and for a status conference.

IT IS SO STIPULATED.

DATED:  January 8, 2009            CAREY & CAREY


                                   _____/s/_____
                                   ROBERT E. CAREY, JR. Attorneys for
                                   Defendant JOSE BONILLA

1
STIPULATION FOR CONTINUANCE OF HEARING DATE AND [] ORDER THEREON

1
2  DATED:  __1/8__, 2009        UNITED STATES OF AMERICA
3
4                                              _____/s/_____
                                               THOMAS M. O'CONNELL,
5                                              Assistant U.S. Attorney
6
7
8
9                                ORDER
10     GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
11 and decreed, that the hearing presently set for January 12, 2009, at 9:00 am,
12 be vacated, and that the matter be set for a status conference and for the
13 hearing of Defendant BONILLA'S motion to withdraw the previously entered
14 plea of guilty on February 2, 2008, at 9:00 am.
15
16
17                                              *Ronald M. Whyte*
18 DATED:  __1/21__, 2009         _____
                                               HON. RONALD M. WHYTE
19                                              U.S. DISTRICT COURT JUDGE
20
21
22
23
24
25
26
27
28