ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOSE BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00251 RMW |
|---|---|
| Plaintiff, | STIPULATION FOR CONTINUANCE OF HEARING DATE AND [proposed] ORDER THEREON |
| vs. | |
| JOSE BONILLA, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSE BONILLA, that the hearing which is currently set for January 12, 2009, be vacated and that the matter be set before the Court on February 2, 2009, at 9:00 am, for hearing on Defendant's motion to withdraw the previously entered plea of guilty and for a status conference.

IT IS SO STIPULATED.

DATED:  January 8, 2009          CAREY & CAREY


                                 _____/s/_____
                                 ROBERT E. CAREY, JR. Attorneys for
                                 Defendant JOSE BONILLA

1
STIPULATION FOR CONTINUANCE OF HEARING DATE AND [proposed] ORDER THEREON

DATED: _____1/8_____, 2009        UNITED STATES OF AMERICA


_____/s/_____
THOMAS M. O'CONNELL,
Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the hearing presently set for January 12, 2009, at 9:00 am, be vacated, and that the matter be set for a status conference and for the hearing of Defendant BONILLA'S motion to withdraw the previously entered plea of guilty on February 2, 2008, at 9:00 am.


DATED: _____, 2008         _____
                                 HON. RONALD M. WHYTE
                                 U.S. DISTRICT COURT JUDGE