1 ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
2 706 COWPER STREET
P.O. BOX 1040
3 PALO ALTO, CA 94302-1040
650/328-5510
4 650/853-3632 FAX

5 Attorneys for Defendant
JOSE BONILLA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00251 RMW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR MOTION TO WITHDRAW PLEA AND [proposed] ORDER THEREON |
| vs. | |
| JOSE BONILLA, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSE BONILLA, that the date set for hearing of Defendant's motion to withdraw guilty plea which is currently set for February 2, 2009, be continued to Monday, February 23, 2009, at 9:00 am.

Counsel for Mr. BONILLA requires the additional time in order to obtain certain factual declarations made relevant by the government's response to Mr. BONILLA'S motion, as well as to substantively reply to the government's memorandum.

///

///

///

1   IT IS SO STIPULATED.

2

3   DATED: January 28, 2009            CAREY & CAREY

4

5                                      _____/S/_____
                                       ROBERT E. CAREY, JR. Attorneys for
6                                      Defendant JOSE BONILLA

7

8   DATED:   __1/28__, 2009            UNITED STATES OF AMERICA

9

10                                     _____/s/_____
                                       THOMAS M. O'CONNELL,
11                                     Assistant U.S. Attorney

12

13

14

15                                  ORDER

16      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

17  and decreed, that the hearing of Mr. BONILLA'S motion to withdraw plea of

18  guilty currently set for February 2, 2009 be continued to Monday, February 23,

19  2009, at 9:00 am.

20

21

22

23  DATED: _____, 2009            _____
                                       HON. RONALD M. WHYTE
24                                     U.S. DISTRICT COURT JUDGE

25

26

27

28