1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

***E-FILED - 2/12/09***

5  Attorneys for Defendant
   JOSE BONILLA
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        | CASE NO. CR-07-00251 RMW
12 |         Plaintiff,               | STIPULATION TO CONTINUE
                                      | DATE SET FOR MOTION TO
13 |     vs.                          | WITHDRAW PLEA AND
                                      | [] ORDER THEREON
14 | JOSE BONILLA,                    |
15 |         Defendant.               |

16

17     ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18 ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY,

19 JR., counsel for Defendant JOSE BONILLA, that the date set for hearing of

20 Defendant's motion to withdraw guilty plea which is currently set for February

21 2, 2009, be continued to Monday, February 23, 2009, at 9:00 am.

22     Counsel for Mr. BONILLA requires the additional time in order to obtain

23 certain factual declarations made relevant by the government's response to Mr.

24 BONILLA'S motion, as well as to substantively reply to the government's

25 memorandum.

26 ///

27 ///

28 ///

1
STIPULATION TO CONTINUE DATE SET FOR MOTION TO WITHDRAW PLEA AND ORDER THEREON

1    IT IS SO STIPULATED.

2

3  DATED: January 28, 2009          CAREY & CAREY

4

5                                   _____/S/_____
                                    ROBERT E. CAREY, JR. Attorneys for
6                                   Defendant JOSE BONILLA

7

8  DATED:   1/28    , 2009          UNITED STATES OF AMERICA

9

10                                  _____/s/_____
                                    THOMAS M. O'CONNELL,
11                                  Assistant U.S. Attorney

12

13

14

15                                  ORDER

16    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

17 and decreed, that the hearing of Mr. BONILLA'S motion to withdraw plea of

18 guilty currently set for February 2, 2009 be continued to Monday, February 23,

19 2009, at 9:00 am.

20

21

22                                  *Ronald M. Whyte* (signature)

23 DATED:   2/12    , 2009           _____
                                    HON. RONALD M. WHYTE
24                                  U.S. DISTRICT COURT JUDGE

25

26

27

28

2
STIPULATION TO CONTINUE DATE SET FOR MOTION TO WITHDRAW PLEA AND ORDER THEREON