ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOSE BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE BONILLA,<br><br>　　　　　Defendant. | CASE NO. CR-07-00251 RMW<br><br>DECLARATION OF COUNSEL RE MOTION OF JOSE BONILLA <u>TO WITHDRAW PLEA OF GUILTY</u> |

I, ROBERT E. CAREY, JR., declare:

1. I am an Attorney licensed to practice law in the State of California and before this Court.

2. I have been appointed by the Court to represent JOSE BONILLA in this matter.

3. I make this declaration in support of Mr. BONILLA'S motion to withdraw his plea of guilty in this matter.

4. On information and belief, I believe that Lara Vinnard of the Federal Public Defender's Office, if called as a witness, would testify as follows.

5. That she is an Assistant Federal Public Defender in the Northern District of California, San Jose office.

6. That she has been so employed during all of the time periods relevant to the court proceedings in the above-referenced matter.

1  7. That she represented JOSE BONILLA at the bail hearing, initial arraignment, and at the entry of the plea of guilty to both counts of the indictment, which is at issue in this motion.

4  8. That prior to the entry of the plea of guilty in this matter, she believed that JOSE BONILLA was a citizen of the United States.

6  9. That following the entry of the plea of guilty in this matter, she left the courtroom with Mr. BONILLA, his wife, and Douglas Cole, an investigator in the Federal Public Defender's Office. The four of them spoke outside the courtroom, and Patty Bonilla stated words to the effect of Jose is not a citizen, how will this affect him? Further, Ms. Vinnard responded with words to the effect that she was unaware that JOSE BONILLA was not a citizen.

12  10. That during that discussion, Mrs. Bonilla stated that she had told Mr. Cole during a recent meeting that Mr. BONILLA was not a citizen. Ms. Vinnard was not present at that meeting because she had been out of town. Mr. Cole confirmed to her that, during their meeting, Mrs. Bonilla had told him that Mr. BONILLA was not a citizen. Mr. Cole also confirmed that he did not relay that information to Ms. Vinnard prior to the entry of the plea.

18  11. That thereafter, Ms. Vinnard informed both Mr. and Mrs. Bonilla that there was a conflict in this matter and that she would arrange for Mr. BONILLA to have new appointed counsel, so that this matter could be resolved.

21  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to those matters stated on information and belief, and those I believe to be true. Executed this 19th day of February, 2009, at Palo Alto, California.

/s/
ROBERT E. CAREY, JR.

2
DECLARATION OF COUNSEL RE MOTION OF JOSE BONILLA TO WITHDRAW PLEA OF GUILTY