***E-FILED***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** February 23, 2009    **TIME:** 9:00 am    *(Time: 10 mins.)*

**CRIMINAL NO.:** CR-07-00251-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JOSE HERNANDEZ BONILLA, JR.
**APPEARANCES:**                                         (P)

**PLTF:** AUSA: T. O'Connell    **DEFT:** B. Carey

**COURT ACTION: DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA**

Hearing Held. The Court heard argument from counsel and took the matter under submission. The Court to issue a ruling to the parties. The Court set a Status Hearing for 3/16/09 @ 9:00 AM. The matter is deemed submitted.

*/s/ Jackie Garcia*
**JACKIE GARCIA**
**Courtroom Deputy**