ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JOSE BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00251 RMW |
|---|---|
| Plaintiff, | EX PARTE APPLICATION FOR AN EMERGENCY TRAVEL ORDER ON BEHALF OF JOSE BONILLA |
| vs. | |
| JOSE BONILLA, | |
| Defendant. | |

I, ROBERT E. CAREY, JR., declare:

1.	I am an attorney licensed to practice law in the State of California and before this Court.

2.	I have been appointed by the court to represent JOSE BONILLA, the Defendant in this matter.

3.	On April 24, I received a telephone call from Ms. Patty Bonilla, the wife of JOSE BONILLA.  She informed me that JOSE BONILLA'S father, Jose Bonilla, Sr., had suffered a stroke the day before and was currently a patient at Los Banos Hospital, which is located at 520 West I Street, Los Banos, California 93635.  She further indicated that Mr. Bonilla, Sr. is in room 201, bed 2, of that hospital.

4.	Ms. Bonilla further informed me that various relatives and friends

1 had told her that Mr. Bonilla, Sr., had suffered a stroke and was in critical condition at the hospital. She requested permission for JOSE BONILLA to visit the hospital in Los Banos, California, so that JOSE could see his father; further, she informed me that the children would be accompanying JOSE for such a visit.

5. Following that conversation, I telephoned the Assistant U.S. Attorney in charge of this case, Thomas O'Connell, Esq., and left a message requesting permission for Mr. BONILLA to travel to Los Banos; further, that as of this time, I have not heard back from Mr. O'Connell.

6. I then telephoned Anthony Granados, the pretrial services officer in charge of Mr. BONILLA's case. He indicated that he had no objection to such a trip by Mr. BONILLA to Los Banos, California; further, he indicated that Mr. BONILLA was complying with the rules and regulations of pretrial services with regard to the conditions of his pretrial release.

7. Based upon the foregoing, I respectfully request that Mr. BONILLA be granted permission to travel to Los Banos, California to visit his father at the Los Banos Hospital during the period of April 25, 2009, through April 28, 2009.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is made on April 24, 2009 at Palo Alto, California.

                                                            /S/
                                        ROBERT E. CAREY, JR.