1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   JOSE BONILLA
6                                          *E-FILED - 6/23/09*

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          CASE NO. CR-07-00251 RMW

12              Plaintiff,             STIPULATION TO CONTINUE
                                       DATE SET FOR JUDGMENT
13      vs.                            AND SENTENCING AND
                                       [] ORDER THEREON
14  JOSE BONILLA,

15              Defendant.

16

17      ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18  ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY,

19  JR., counsel for Defendant JOSE BONILLA, that the date set for judgment and

20  sentence which is currently set for Monday, June 22, 2009, be continued to

21  Monday, July 13, 2009, at 9:00 am.

22      There are on-going and pending sentencing negotiations with the

23  government.

24  ///

25  ///

26  ///

27  ///

28  ///

1    In this regard, defense counsel has contacted the probation officer, Ms.

2 Aylin Raya, and advised her of this request.

3    IT IS SO STIPULATED.

4

5 DATED:  June 18, 2009           CAREY & CAREY

6

7                                  _____/S/_____

8                                  ROBERT E. CAREY, JR. Attorneys for
                                   Defendant JOSE BONILLA

9

10 DATED:  ___6/18___, 2009        UNITED STATES OF AMERICA

11

12                                 _____/s/_____

13                                 THOMAS M. O'CONNELL,
                                   Assistant U.S. Attorney

14

15

16

17                                 ORDER

18    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

19 and decreed, that the judgment and sentencing of Mr. BONILLA currently set

20 for June 22, 2009, be continued to Monday, July 13, 2009, at 9:00 am.

21

22

23

24 DATED:  ___6/23___, 2009        _Ronald M. Whyte_____

25                                 HON. RONALD M. WHYTE
                                   U.S. DISTRICT COURT JUDGE

26

27

28