1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   JOSE BONILLA

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          CASE NO. CR-07-00251 RMW

12              Plaintiff,             NOTICE OF MOTION FOR
                                       BAIL PENDING APPEAL
13       vs.                           (18 U.S.C. §3143(b))

14  JOSE BONILLA,
                                       Date:      7/13/09
15              Defendant.             Time:      9:00 am
                                       Hon. Ronald M. Whyte
16

17       PLEASE TAKE NOTICE THAT on July 13, 2009, at 9:00 am, or as soon

18  thereafter as the matter may be heard, at the United States District Court, 280

19  So. First Street, San Jose, California, before the Honorable Ronald M. Whyte,

20  the Defendant JOSE BONILLA will move the Court for an order allowing bail on

21  appeal following his sentencing in this matter.  Such motion will be based upon

22  the attached points and authorities, the pleadings, exhibits, and the oral

23  argument of counsel.

24  DATED:  July 9, 2009             Respectfully submitted,

25                                   CAREY & CAREY

26

27                                   _____/s/_____
                                     ROBERT E. CAREY, JR. Attorneys for
28                                   Defendant JOSE BONILLA