```
 1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
    CAREY & CAREY
 2  706 COWPER STREET
    P.O. BOX 1040
 3  PALO ALTO, CA  94302-1040
    650/328-5510
 4  650/853-3632 FAX

 5  Attorneys for Defendant
    JOSE BONILLA
```

FILED

2009 JUL 23  P 2: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

fee waived

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00251 RMW |
|---|---|
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| JOSE BONILLA, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the Defendant JOSE BONILLA, does hereby appeal from the imposition of judgment and sentence which was rendered by the Court on July 13, 2009.

DATED:  July 21, 2009          Respectfully submitted,

                               CAREY & CAREY

                               _____
                               ROBERT E. CAREY, JR. Attorneys for
                               Defendant JOSE BONILLA

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the NOTICE OF APPEAL was/were mailed on this date to:

Thomas M. O'Connell, Esq.
OFFICE OF THE U.S. ATTORNEY
150 Almaden Blvd., Ste 900
San Jose, CA 95113

DATED: July 23, 2009

JAN A. TIMM