UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JOSE HERNANDEZ BONILLA, Jr., Defendant - Appellant. | No. 09-10307<br><br>D.C. No. 5:07-cr-00251-RMW-1<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |
|---|---|

The judgment of this Court, entered March 11, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk