1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5045
       FAX: (408) 535-5066
8      jeff.nedrow@usdoj.gov

9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                       SAN JOSE DIVISION

13
14 UNITED STATES OF AMERICA,        ) NO.: CR 07-00251-RMW
                                    )
15     Plaintiff,                   ) NOTICE OF DISMISSAL
                                    )
16   v.                             )
                                    )
17 JOSE HERNANDEZ BONILLA,          )
                                    )
18     Defendant.                   )
                                    )

19
20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
21 States Attorney for the Northern District of California dismisses the above indictment without prejudice.

22 DATED:                              Respectfully submitted,

23                                     MELINDA HAAG
                                       United States Attorney
24
                                       _____   /s/_____
25                                     JEFFREY D. NEDROW
                                       Assistant United States Attorney

26     Leave is granted to the government to dismiss the indictment.

27 Date: _____                    *Ronald M. Whyte*
                                       _____
28                                     RONALD M. WHYTE
                                       United States District Judge

NOTICE OF DISMISSAL (CR 07-00251-RMW)